FILED

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

2021 SEP 14  A 10: 12 NKN

|  |  |
|---|---|
| * | |
| PATRICK HUGHES, Pro Se * | |
| 360 Herndon Parkway, Suite 1400 * | |
| Herndon, VA 20170 * | |
| * | |
| Plaintiff, * | |
| * | |
| v. * | |
| * | Case No. 1:21-cv-01049-CMH-JFA |
| TATE BYWATER LAW FIRM, * | |
| JAMES R. TATE, * | |
| DOUGLAS E. BYWATER, * | |
| PAUL MICKELSEN, * | |
| TRAVIS TULL, * | |
| NADER HASAN, * | |
| ROBERT FREDERICKS, * | |
| JONATHAN FAHEY, * | |
| CAITLIN HIGGINS, * | |
| BEN ADER, * | |
| KATHRYN BIGUS, * | |
| DANIEL KRISKY, * | |
| VICTORY COALITION SERVICES LLC, * | |
| MARTHA BONETA * | |
| 2740 Chain Bridge Road * | |
| Vienna, VA 22181 * | |
| * | |
| Defendants. * | |
| * | |

## COMPLAINT

Comes this day, Plaintiff Patrick Hughes, proceeding *pro se*, hereby alleges Defendants, the

Tate Bywater Law Firm ("Tate Bywater"), clients Victory Coalition Services LLC & owner/CEO

Martha Boneta ("VCS"), in defiance of the *Racketeer Influenced and Corrupt Organization Act*

*(Federal Civil RICO, 18 U.S.C. § 1962),* filed a wrongful and baseless lawsuit against Plaintiff

1

Hughes, that was immediately determined and ruled upon on September 10, 2021 by a Fairfax County, Virginia, District Court Judge to essentially be a meritless lawsuit against Hughes and the firm for which he works (Reverse Ionizer, LLC or "RI") due to the obviousness of the clear mediation/arbitration clause in a Finder's Fee Agreement between RI and VCS (Exhibit 1).

Notwithstanding, believing they could simply 'roll' or 'muscle' Hughes, the Defendants' proceeded with their groundless lawsuit and presented several misleading representations to the District Court in hopes of coercing a favorable outcome to VCS, but which instead has caused Plaintiff Hughes and his firm undue time and expenses to defend such a discreditable case and potential unknown reputational and other damages that Plaintiff Hughes now seeks relief.

## FACTS

1. RI and VCS entered into a Finder's Fee Agreement ("FFA") in August of 2020 that stated:

   > 2. The sole duty of Finder [VCS] is to act as an intermediary to locate Prospects and to introduce those Prospects to RI, leaving the evaluation, negotiation and consummation of any Transaction to RI, its principals and/or appointed agents.

2. In response to many calls, texts and emails from Hughes to VCS asking about potential Prospects, Ms. Boneta sent Hughes a February 6, 2021 text stating "I've been working it", which in follow up to previous communications with Ms. Boneta, Hughes interpreted to mean she had been working on several potential private or governmental funding sources for RI up to that point, and they included the White House Office of American Innovation (OAI) headed by Jared Kushner.

3. After repeated calls, texts and emails to Ms. Boneta by Hughes, it became clear Ms. Boneta either never had any legitimate OAI or other Prospects or that she never seriously intended to actually "locate" them, to which Hughes notified her on February 6, 2021 the FFA was being terminated.

2

4. After subsequent attempts by Hughes to either i) reach a settlement of the RI unit allocation stipulation in the Finder's Fee Agreement, ii) determine whether or not VCS was entitled to any proprietary RI membership information and disclosures, and/or iii) amicably resolve the parties' disputes pursuant to the mediation/arbitration paragraph in the FFA:

> If a conflict arises between the parties of this Agreement, the parties shall first attempt to resolve the conflict through mediation. The parties shall select a mediator mutually agreeable to the parties with The McCammon Group www.mccammongroup.com . If the parties fail to agree to a mediated resolution, the parties will agree on an arbitrator or arbitrators to resolve the dispute from The McCammon Group.    (emphasis added)

the Defendants proceeded to file a *Complaint* in Fairfax County, Virginia, District Court suing *both* Hughes (who never was a party to the FFA) *and* RI for breach of contract.

5. Because RI is a limited liability corporation, it necessitated RI to have to engage expensive litigation counsel and spend countless hours in order to defend the Defendants' Complaint.

6. Incredibly, Defendants' counsel, Mr. Mickelsen, then attempted to improperly persuade the District Court judge at a September 10, 2021 Motion to Dismiss hearing, by essentially reiterating the misleading statement he made in his motion opposition memorandum:

> *"VCS more than adequately performed under the fee agreement by, among other things, procuring a visit to RI from a then sitting member of the [U.S.] House of Representatives."*

Mr. Mickelsen failed to mention that i) no part of the FFA referenced Rep. Denver Riggleman (who was a 'lame duck' member of the U.S. House of Representatives having lost his primary race two months earlier) and at that point he had very little influence on Capitol Hill other than to refer the RI technology to OAI chairman, Jared Kushner (which the Rep. did so in a tweet), but that ii) Ms. Boneta never produced ANY PROSPECTS as fully required by the Section 2. FFA reference paragraph (see # 1. above), nor Mr. Kushner's successor as she also verbally promised.

3

## RICO ARGUMENT/PATTERN OF RACKETEERING ACTIVITY

7. In addition to these misleading representations to the Fairfax County District Court and its judge, Ms. Boneta telegraphed to Plaintiff Hughes in two separate emails to both Hughes and her attorney (Mickelsen) that she and Mr. Mickelsen intended to contact RI unitholders, as well as the IRS.

8. These acts of racketeering were not isolated, but rather intentional in a concerted effort to coerce Hughes into turning over proprietary RI unitholder information to VCS and to awarding VCS units in RI to which she/VCS did not earn because no consideration was made as mandated by the FFA.

## CONCLUSION

WHEREFORE, Plaintiff Patrick Hughes, proceeding *pro se*, hereby files his Compliant against the Defendants on the grounds that the Defendants have conducted and/or participated, directly and/or indirectly, in the conduct of each enterprises' affairs through a pattern of racketeering activity, deceit, false representations and other unlawful or improper means as defined in violation of 18 U.S.C. § 1962 and that these acts were done intentionally and knowingly with the specific intent to advance the Defendants' scheme or artifice, thereby causing Plaintiff Hughes irreparable reputational damage and expense for which he seeks the imposition of punitive damages sufficient to deter Defendants from committing such unlawful conduct in the future.

Respectfully submitted,

Mr. Patrick Hughes
Plaintiff — *pro se*
360 Herndon Parkway
Suite 1400
Herndon, VA 20171
(703) 403-7256
pjhughes703@gmail.com

4

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and complete copy instrument was emailed this 14ᵗʰ day of September, as well as hand delivered to:

Tate Bywater Law Firm
2740 Chain Bridge Road
Vienna, VA 22181
(703) 938-5100
jtate@tatebywater.com
dbywater@tatebywater.com
*Attorneys who represent and/or are a part of the Defendants*

_____

Mr. Patrick Hughes
Plaintiff — *pro se*
360 Herndon Parkway
Suite 1400
Herndon, VA 20171
(703) 403-7256
pjhughes703@gmail.com

5

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRIGINIA**
<u>ALEXANDRIA</u> DIVISION

SHAHRIAR BEHNAMIAN
4521 Clark PL NW
Washington, DC 20007
_____
                    Plaintiff(s),

            v.

UNITED STATES PATENT AND
TRADEMARK OFFICE;
Andrew Hirshfeld, USPTO Director
_____
                    Defendant(s).

Civil Action Number: 1:21-cv-01049-CMH-JFA

## LOCAL RULE 83.1(M) CERTIFICATION

**I declare under penalty of perjury that:**

**No attorney has prepared, or assisted in the preparation of**_____COMPLAINT_____.
                                                    **(Title of Document)**

Shahriar Behnamian
_____
Name of *Pro Se* Party (Print or Type)

/Shahriar Behnamian/
_____
Signature of *Pro Se* Party

Executed on: Sept 10, 2021 _____ (Date)

**OR**

**The following attorney(s) prepared or assisted me in preparation of** _____.
                                                    **(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

PATRICK HUGHES
_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: 9-14-2021 _____ (Date)