**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION**

FILED

2021 SEP 20  P 12: 44

| | |
|---|---|
| PATRICK HUGHES, Pro Se<br>360 Herndon Parkway, Suite 1400<br>Herndon, VA 20170 | * <br> * <br> * <br> * <br> * |
| Plaintiff, | * <br> * |
| v. | * <br> * |
| TATE BYWATER LAW FIRM, et al | * Case No. 1:21-CV-01049-CMH-JFA <br> * |
| 2740 Chain Bridge Road<br>Vienna, VA 22181 | * <br> * <br> * |
| Defendants. | * <br> * |

**DISMISSAL OF COMPLAINT BY NONSUIT**

Upon Plaintiff Patrick Hughes, proceeding *pro se*, learning of Defendants VCS and Martha

Boneta's intention of attempting to settle the disputes among them and Reverse Ionizer, LLC,

outside of litigation, Plaintiff Hughes hereby files this Dismissal of Complaint by Nonsuit.

Respectfully submitted,

*Patrick Hughes*

So Ordered
Claude M. Hilton
USDJ

Sept. 22, 2021

Mr. Patrick Hughes
Plaintiff — *pro se*
360 Herndon Parkway
Suite 1400
Herndon, VA 20171
(703) 403-7256
pjhughes703@gmail.com

1

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that a true and complete copy instrument was mailed this 20th day of September, 2021, as well as emailed to:

Tate Bywater Law Firm
2740 Chain Bridge Road
Vienna, VA 22181
(703) 938-5100
jtate@tatebywater.com
dbywater@tatebywater.com
*Attorneys who represent and/or are a part of the Defendants*

Mr. Patrick Hughes
Plaintiff — *pro se*
360 Herndon Parkway
Suite 1400
Herndon, VA 20171
(703) 403-7256
pjhughes703@gmail.com

2